**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SAI MALENA JIMENEZ-FOGARTY,

                          Plaintiff,

        -against-                                   25 **CIVIL** 08498 (JLR)(GWG)

                                                   **JUDGMENT**

THOMAS FOGARTY,

                         Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 23, 2026, the Report and Recommendation is

ADOPTED in its entirety. The Court hereby DENIES the petition for a writ of habeas corpus.

Accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2026

                                   **TAMMI M. HELLWIG**

                                      _____

                                       **Clerk of Court**

                     **BY:**

                                      _____

                                       **Deputy Clerk**